UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 24-cr-41 (ABJ) |
| | : | |
| **GREGORY MIJARES,** | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' RESPONSE TO THE COURT'S OCTOBER 21, 2024 MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits this response to the Court's October 21, 2024 Minute Order, which requested notification of "which of the video exhibits listed in the Joint Pre-Trial Statement[, ECF No. 31,] depict or include the defendant[.]"

The following video exhibits either depict the defendant visually or auditorily:

- 004
- 101 through 105
- 201 through 218
- 301 through 304, 306, 307, 309 through 312, 314

The following video exhibits from the government's 600 series (Digital Device Evidence) either depict the defendant or were recorded by the defendant:

- 602
- 611
- 631
- 636
- 637

The following video exhibits *may* depict the defendant, but are not expected to be offered for that purpose:

- 001
- 401

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

*/s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6778
Kaitlin.klamann@usdoj.gov
IL Bar No. 6316768