UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Case No. 24-cr-41 (ABJ) |
| v.  )( | Judge Jackson |
| )( | Trial: November 12, 2024 |
| GREGORY MIJARES )( | |

## MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Gregory Mijares, by and through undersigned counsel, and respectfully moves this Honorable Court to continue his trial from November 12, 2024 to early next year because the presidential election is going to be held on November 5, 2024 and it has now become clear that it will bring the divisive and toxic political environment that already exists in this country to the forefront in its immediate aftermath. This will call into question whether jurors in a January 6 case will have the ability to look at the evidence and render a verdict without being affected by current events. Because Mr. Mijares' case is a January 6 case, his trial should not now be held in the immediate aftermath of the election. Accordingly, it should be continued. In support of this motion, Mr. Mijares would show:

1.  In this case, Mr. Mijares is charged with various offenses related to his alleged conduct at the United States Capitol on January 6, 2021. Trial is currently scheduled for November 12, 2024.

2.  The United States presidential election will be held on November 5, 2024, just one week before trial.

3.  If Kamala Harris wins the presidential election, Donald Trump will almost certainly claim election fraud. This claim will be endorsed by a great many politicians on the national level and by news organizations and social-media outlets with extremely large audiences. Thus, if trial in the case starts on November 12, 2024, the threat of another January-

1

6-like event occurring will be getting brought to the forefront in a way that almost everyone in America will be aware of while the trial is actually ongoing. It is hard to see how this will not affect the way jurors view Mr. Mijares and the evidence in this case.

    4.       If Donald Trump wins the presidential election, the fact that he has indicated that he will pardon January 6 defendants will make the trial in this case seem considerably more academic than it would otherwise seem. This will pose a risk that jurors will not be as concerned about wrongfully finding Mr. Mijares guilty than they otherwise would be. Moreover, approximately 75 percent of the registered voters in D.C. are Democrats. Especially given Mr. Trump's recent rhetoric, it cannot be credibly denied that a great many people in D.C. will view a Trump victory as being a national validation of a movement that is hostile to them and their values and be in a state of some anxiety about what the election means. As a January 6 defendant, Mr. Mijares is of course on trial for conduct that he allegedly engaged in support of Mr. Trump. Moreover, Mr. Trump has championed the cause of January 6 defendants and indicated that he intends to pardon them. If Mr. Trump wins the election on November 5, 2024 and Mr. Mijares trial then starts on November 12, 2024, a great many people on the venire panel will likely lack the ability to look at the evidence and render a verdict in this case without their personal feelings playing a role.

    5       Given the above, Mr. Mijares submits that it would not be fair to have his trial in the immediate aftermath of the upcoming presidential election. Accordingly, he moves the Court to continue it to sometime early next year.

    6.       The government has indicated that it opposes this motion.

3

WHEREFORE, the defendant, Gregory Mijares, moves this Honorable Court to continue his trial from November 12, 2024 to the early next year.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Gregory Mijares
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101

3