# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 24-cr-41 (ABJ)** |
| : | |
| **GREGORY MIJARES,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Pursuant to the motion filed by the United States, ECF No. 37, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
United States District Judge